**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
ASHLEY WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>     vs.<br><br>ASHLEY WILLIAMS,<br><br>         Defendant | Case No.: 16-CR-00049LJO-SKO<br><br>**DEFENDANTS REQUEST AND WAIVER OF APPEARANCE** |

Defendant, ASHLEY WILLIAMS, hereby waives her appearance in person in open court upon the Status Conference set for February 21, 2017 in Courtroom 7 of the above entitled court. Defendant hereby requests the court to proceed in her absence and agrees that her interest will be deemed represented at said hearing by the presence of her attorney, DAVID A. TORRES. Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.

Date: 2/16/17                                             /s/ *Ashley Williams*_____
                                                                ASHLEY WILLIAMS

Date: 2/16/17                                             ***/s/ David A. Torres***_____
                                                                David A. Torres
                                                                Attorney for Defendant

Summary of Pleading - 1

**ORDER**

Good cause appearing, **IT IS HEARBY ORDERED** that defendant ASHLEY WILLIAMS is hereby excused from appearing at the hearing scheduled for February 21, 2017.

IT IS SO ORDERED.

Dated:   **February 16, 2017**                    /s/ *Sheila K. Oberto*
                                                  UNITED STATES MAGISTRATE JUDGE