DAVID A. TORRES AND ASSOCIATES
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (6610326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
ASHLEY WILLIAMS

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:16-CR-00049 DAD-SKO |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE HEARING |
| **CONSTANCE TAYLOR** **ASHLEY WILLIAMS**, | |
| Defendants. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, MAGISTRATE JUDGE SHEILA K. OBERTO AND VINCENZA RABENN, ASSISTANT UNITED STATES ATTORNEY:

    Defendant, ASHLEY WILLIAMS, by and through her attorney of record, DAVID A. TORRES hereby requests that the status conference hearing currently set for Monday, May 1, 2017, be continued to Monday, June 5, 2017.

    I have discussed the plea agreement with Ms. Williams.  There are certain licensing issues which Ms. Williams has requested I look into (she is a licensed LVN).  I am also requesting additional time to allow Ms. Williams ample time to arrange transportation from Texas to California for the next court date in the event she signs the plea agreement.  I have spoken to AUSA Vincenza Rabenn and co-counsel, Kevin Little, they have no objection to the continuance.

    The parties also agree the delays resulting from the continuance shall be excluded in the

1

interest of justice pursuant to 18 USC 3161 (h)(7)(A) AND 3161 (h)(7)(B)(1).

**IT IS SO STIPULATED.**

DATED: 4/26/17

Respectfully Submitted,
*/s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
ASHLEY WILLIAMS

DATED 4/26/17

*/s/ Kevin Little*
KEVIN LITTLE
Attorney for Defendant
Constance Taylor

DATED: 4/26/17

*/s/Vincenza Rabenn*
VINCENZA RABENN
Assistant U.S. Attorney

# **ORDER**

IT IS ORDERED that the status conference currently set for May 1, 2017, be continued to June 5, 2017.

IT IS SO ORDERED.

Dated: **April 27, 2017**             */s/ Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE