DAVID A. TORRES AND ASSOCIATES
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (6610326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
ASHLEY WILLIAMS

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**CONSTANCE TAYLOR**<br>**ASHLEY WILLIAMS**,<br><br>Defendants. | Case No. 1:16-CR-00049 LJO-SKO<br><br>STIPULATION AND ORDER TO ALLOW DEFENDANT TO CONDUCT A PRE-PLEA PSI INTERVIEW VIA VIDEO TELECONFERENCE |
|---|---|

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, THE HONORABLE JUDGE LAWRENCE J. O'NEIL; VINCENZA RABENN, ASSISTANT UNITED STATES ATTORNEY; AND, KEVIN LITTLE, ATTORNEY

It is hereby requested by all counsel that the Honorable Lawrence J. O'Neil direct the United States Probation Office to conduct a video teleconference interview of Defendnats Constance Taylor and Ashley Williams, and to prepare a pre-plea PSI report to include Criminal History Category and 18 USC Section 3553(a) factors. United States Probation Officer Supervisor Brian Bedrosian has been advised that this request is forthcoming.

**IT IS SO STIPULATED.**

DATED: 8/25/17

Respectfully Submitted,
*/s/ David A Torres* ____
DAVID A. TORRES
Attorney for Defendant
ASHLEY WILLIAMS

1

DATED 8/25/17                                /s/ Kevin  Little
                                             KEVIN LITTLE
                                             Attorney for Defendant
                                             Constance Taylor


DATED: 8/25/17                               /s/Vincenza Rabenn
                                             VINCENZA RABENN
                                             Assistant U.S. Attorney


## **ORDER**

The United States Probation Office is requested to conduct an interview of defendant's Constance Taylor and Ashely Williams and to prepare a pre-plea Pre-Sentence Investigation report to include the Criminal History Category and 18 USC Section 3553(a) factors.

IT IS SO ORDERED.

   Dated:   **August 28, 2017**              /s/ Lawrence J. O'Neill
                                             UNITED STATES CHIEF DISTRICT JUDGE