

# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

FILED

DEC 04 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

United States of America )
vs. )   Case No. 1:16-cr-00049 – LJO/SKO - 002
)
Ashley Williams )

# CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Ashley Williams_____ , have discussed with _____Francisco J. Guerrero_____ , Pretrial Services Officer, modifications of my release conditions as follows:

> The condition requiring the defendant released to the third party custody of Yves Hughes is removed. All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

| | | | |
|---|---|---|---|
| _Signature of Defendant_ | 12/01/2017 _Date_ | _Pretrial Services Officer_ | 12/01/2017 _Date_ |

I have reviewed the conditions and concur that this modification is appropriate.

_____          12/4/17
Signature of Assistant United States Attorney          Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____          12/4/17
Signature of Defense Counsel          Date

## ORDER OF THE COURT

[✓] The above modification of conditions of release is ordered, to be effective on   12-4-17   .

[ ] The above modification of conditions of release is *not* ordered.

_____          12-4-17
Signature of Judicial Officer          Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services