UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 1:16-cr-00049 JLT SKO |
|---|---|
| Plaintiff, | ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |
| v. | (Doc. 66) |
| ASHLEY WILLIAMS, | |
| Defendants. | |

Ashley Williams moves the Court for an order terminating her supervised release early. She has been under supervision for about two years, with about another year to go. Because she has submitted four positive drug tests within the last six months and, it appears, she has refused to acknowledge her wrongdoing, and for the other reasons discussed below, the Court concludes she is not yet prepared to be relieved of her obligations imposed by supervised release. Thus, the motion is **DENIED**.

**I. Background**

After months of planning, in December 2012, Ms. Williams conspired with her codefendant to smuggle 8.1 grams of heroin into the United States Penitentiary at Atwater, California. (Doc. 46 at 5) The purpose for doing so was it distribute to the inmates there. Id. When the heroin was found on her person, Ms. Williams attempted to swallow it and lied about possessing it and about how she came to possess it. (Doc. 41)

**II. Analysis**

In her motion, Ms. William indicates that throughout her supervised release, she has maintained a job and is now also caring for her sick mother. (Doc. 62 at 1) She reports that she plans to enroll in college in the fall but that she is now working with her brother as his apprentice in his real estate business. Id. She plans to buy a house to "flip," but she has had difficulty due to her releasee status. Ms. Williams describes herself as being on the "straight and narrow," but admits she had a positive drug test for marijuana due to using "a hair care product." Id. at 2. Consequently, she asks the Court to terminate her supervised release early.

The probation officer recommends against terminating the supervision early. The probation officer reports that Mr. Williams tested positive for THC four times between September 29 and November 3, 2021. Consequently, the probation officer required her to drug test twice per month and to engage in counseling.

The government also opposes early termination of supervised release. The government notes that when Ms. Williams tested positive for THC last fall, she admitted to smoking CBD. This contrasts with her current claim that it was her using CBD shampoo, which caused the positive drug tests.

The Court acknowledges its discretion to terminate supervision early in this case.  In considering the motion, the Court notes first, that the underlying offense was coordinated and well-planned. It constituted a serious risk to the security of the prison, which, if it had been successful, would have placed staff and inmates in danger. Despite this, in determining the appropriate sentence, the Court varied downward significantly from the low end of the guideline range. In doing so, the Court imposed three years of supervised release to follow her term of incarceration.

Second, the Court has not been directed to any other cases in which a person situated as Ms. Williams received a sentence that was more lenient or less so, and the Court is unaware of any. Third, the recency of the use of illicit drugs is disturbing and cautions against termination of supervised release early. Finally, Ms. Williams' explanation for the positive drug tests has

changed, and the Court finds her current explanation defies sense.[1] Most tellingly, Ms. Williams admitted smoking CBD at the time of the positive tests[2], such that her attempt now to claim an innocent use of cannabidiol is, simply, unbelievable. Thus, after considering the § 3583(e)(1) factors and most particularly those mentioned here, the Court finds Ms. Williams has failed to demonstrate that her supervised should be terminated early. Thus, her motion is **DENIED**.

IT IS SO ORDERED.

Dated:   **March 22, 2022**

UNITED STATES DISTRICT JUDGE

---

[1] In making this finding, the Court recognizes that CBD products are unregulated, which poses a risk to users that they will be exposed to THC. However, the Court finds it unlikely in the extreme that the use of such a product could account for four positive drug tests.

[2] Now, it seems more likely that she smoked marijuana rather than CBD.